C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Kyle A. McLorg (State Bar No. 332136)
kmclorg@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Maeve L. O'Connor (*pro hac vice* application forthcoming)
Elliot Greenfield (*pro hac vice* application forthcoming)
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com

Attorneys for Defendants
ROBINHOOD MARKETS, INC.;
ROBINHOOD FINANCIAL LLC;
ROBINHOOD SECURITIES, LLC

**FILED**

Feb 12 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAN KEARNS, an individual; DOROTHY KEARNS, an individual; and SYDNEY KEARNS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC; ROBINHOOD MARKETS, INC.; and DOES 1-10,<br><br>Defendants. | Case No.: 5:21-cv-01014-NC<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

ORDER REMANDING CASE TO STATE COURT
Case No. 5:21-CV-01014-NC

39969\13936854.1

1    Having considered the parties' stipulation to remand, the Court hereby remands the above-
2    captioned action to the Superior Court of the State of California for the County of Santa Clara.
3    IT IS SO ORDERED.

5    DATED: _February 12, 2021_                                    _____
6                                                                  Hon. N
                                                                   United S
                                                                   
GRANTED
Judge Nathanael M. Cousins

ORDER REMANDING CASE TO STATE COURT    2                                    39969\13936854.1
Case No. 5:21-CV-01014-NC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400